Appeal Nos. 2023-1380, 2023-1379

---

# United States Court of Appeals for the Federal Circuit

───────────

HLFIP HOLDING, INC., D/B/A SMART COMMUNICATIONS IP HOLDINGS,

*Plaintiff-Appellant*

- v. -

RUTHERFORD COUNTY, TN, RUTHERFORD COUNTY ADULT DETENTION CENTER,

*Defendants-Cross-Appellants*,

VENDENGINE, INC.,

*Defendant-Appellee*

───────────

Appeal from the United States District Court
for the Middle District of Tennessee in
Case No. 3:19-cv-00714
Judge Eli Jeremy Richardson

───────────

## UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE PLAINTIFF-APPELLANT'S BRIEF

───────────

Scott T. Weingaertner
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 459-7067

Katrina M. Quicker
QUICKER LAW, LLC
Suite 100
Two Ballpark Center
800 Battery Avenue SE
Atlanta, Georgia 30339
Telephone: (678) 750-0450

*Counsel for Plaintiff-Appellant*

Pursuant to Federal Rules of Appellate Procedure 26 and 27 and Federal Circuit Rule 26(b), Plaintiff-Appellant HLFIP Holding, Inc. d/b/a Smart Communications IP Holdings ("Smart Communications") respectfully requests a 30-day extension of time to file Plaintiff-Appellant's principal brief, up to and including September 6, 2023.  Smart Communications's Brief is currently due on August 7, 2023.  This is Smart Communications's first request for an extension.  Smart Communications's counsel consulted with counsel for Defendants-Cross-Appellants Rutherford County, TN and Rutherford County Adult Detention Center, and Defendant-Appellee VendEngine, Inc. regarding this motion by email on July 8, 2023.  Counsel for Defendants-Cross-Appellants stated on July 11, 2023 that Defendants-Cross-Appellants and Defendant-Appellee consent to the motion and would not file a response.  *See* Declaration of Scott T. Weingaertner ("Weingaertner Decl.") ¶ 4.

As set forth in the accompanying declaration, good cause exists for the requested extension.  Counsel for Smart Communications is expected to appear on August 10, 2023 before the Court of Appeals for the Federal Circuit to conduct oral argument in the related appeal, *HLFIP Holding, Inc. d/b/a Smart Communications IP Holdings v. York County, PA, et al.*, Case No. 22-1940.  Furthermore, Smart Communications' motion to dismiss the appeal of Defendants-Cross-Appellants (Appeal No. 2023-1379, Document 10) remains pending, in

which resolution of this motion will have an impact on what matters are to be briefed by the parties, and what material will be included in the appendix. *See* Weingaertner Decl. ¶¶ 5-6. Therefore, good cause exists to extend, by 30 days, the time to file Smart Communications's principal brief so as to allow Smart Communications sufficient time to prepare both the principal brief and oral argument in *Smart Communications IP Holdings v. York County, PA*.

Accordingly, Smart Communications respectfully requests a 30-day extension of time to file Plaintiff-Appellant's principal brief, up to and including September 6, 2023.

| | |
|---|---|
| Dated:  July 14, 2023 | /s/  Scott T. Weingaertner <br> Scott T. Weingaertner <br> GOODWIN PROCTER LLP <br> The New York Times Building <br> 620 Eighth Avenue <br> New York, New York 10018 <br> Telephone: (212) 459-7067 <br><br> *Counsel for Plaintiff-Appellant* <br> *HLFIP Holding, Inc. d/b/a Smart* <br> *Communications IP Holdings* |

2

FORM 9. Certificate of Interest                                        Form 9 (p. 1)
                                                                        March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 2023-1380, 2023-1379
**Short Case Caption** HLFIP Holding, Inc. v. Rutherford County, TN
**Filing Party/Entity** HLFIP Holding, Inc. d/b/a Smart Communications IP Holdings

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/14/2023                    Signature: /s/ Scott T. Weingaertner

                                    Name: Scott T. Weingaertner

FORM 9. Certificate of Interest                                               Form 9 (p. 2)
                                                                              March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| HLFIP Holding, Inc. d/b/a Smart Communications IP Holdings | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest                                         Form 9 (p. 3)
                                                                        March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable     ☑ Additional pages attached

| | | |
|---|---|---|
| Kathryn A. Vance<br>Quicker Law, LLC | Jeffrey Lesovitz<br>Baker & Hostetler LLP | Gregory S. Reynolds<br>Riley Warnock & Jacobson PLC |
| Kevin P. Flynn<br>Baker & Hostetler LLP | Mark Einsiedel<br>Baker & Hostetler LLP | John David Clark<br>Riley Warnock & Jacobson PLC |
| Jason P. Grier<br>Baker & Hostetler LLP | Robert T. Razzano<br>Baker & Hostetler LLP | Keane A. Barger<br>Riley Warnock & Jacobson PLC |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable     ☐ Additional pages attached

# ADDITIONAL PAGES TO FORM 9. CERTIFICATE OF INTEREST

**4. Legal Representatives**. The following law firms, partners and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities are listed below, in addition to those on the foregoing Form 9. Certificate of Interest:

1. Jason Jackson – Kutak Rock LLP

2. Peter Jones – Herman Jones LLP

Dated: July 14, 2023

/s/ Scott T. Weingaertner
Scott T. Weingaertner
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 459-7067

*Counsel for Plaintiff-Appellant HLFIP Holding, Inc. d/b/a Smart Communications IP Holdings*

## DECLARATION OF SCOTT T. WEINGAERTNER

I, Scott T. Weingaertner, hereby declare as follows:

1. I am a partner with the law firm of Goodwin Procter LLP and counsel to Plaintiff-Appellant HLFIP Holding, Inc. d/b/a Smart Communications IP Holdings ("Smart Communications") in this matter. I have personal knowledge of the facts set forth in this declaration.

2. I make this declaration pursuant to Federal Circuit Rule 26(b)(3) to demonstrate good cause for an extension request that exceeds 14 days.

3. Under Federal Circuit Rule 26(b)(1), a motion to extend time "must be made at least seven (7) days before the date sought to be extended." Smart Communications's motion is timely, as it is making this request more than 7 days before the date sought to be extended.

4. Smart Communications's counsel consulted with counsel for Defendants-Cross-Appellants Rutherford County, TN and Rutherford County Adult Detention Center, and Defendant-Appellee VendEngine, Inc. by email on July 8, 2023, stating that Smart Communications would seek an extension, until September 6, 2023, to file Plaintiff-Appellant's principal brief and requesting Defendants-Cross-Appellants' and Defendant-Appellee's position on such a motion. Counsel for Defendants-Cross-Appellants responded by email on July 11, 2023 on behalf of Defendants-Cross-Appellants and Defendant-Appellee, that the

1

aforementioned parties consent to the requested 30-day extension to file Plaintiff-Appellant's principal brief.

5. Oral argument in the related case, *HLFIP Holding, Inc. v. York County, PA*, Appeal No. 2022-1940 (Fed. Cir.), is scheduled for August 10, 2023, three days after the current deadline for Plaintiff-Appellant to file its principal brief in this proceeding.

6. Plaintiff-Appellant's motion to dismiss the cross-appeal filed by Defendants-Cross-Appellants in Appeal No. 2023-1379 remains pending. *See* Appeal No. 2023-1379, Document 10. In its motion, Smart Communications identified the issue that different briefing schedules and subject matter would need to be addressed depending on whether the appeal proceeded as a cross-appeal or not. *See id*. at 8. On June 28, 2023, this Court deferred resolution of the motion to the merits panel assigned to this case. *See* Appeal No. 2023-1380, Document 19.

7. Given the foregoing, Smart Communications believes that good cause exists for this motion.

| | |
|---|---|
| Dated: July 14, 2023 | /s/ Scott T. Weingaertner<br>Scott T. Weingaertner<br>GOODWIN PROCTER LLP<br><br>*Counsel for Plaintiff-Appellant HLFIP Holding, Inc. d/b/a Smart Communications IP Holdings* |

## **CERTIFICATE OF COMPLIANCE**

1.    This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 302 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d)(2), Fed. R. App. P. 27(a)(2)(B), and Fed. R. App. P. 32(f).

2.    This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

Dated: July 14, 2023

/s/ Scott T. Weingaertner
Scott T. Weingaertner
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 459-7067

*Counsel for Plaintiff-Appellant HLFIP Holding, Inc. d/b/a Smart Communications IP Holdings*

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE PLAINTIFF-APPELLANT'S BRIEF was served on the 14th day of July 2023, by operation of the Court's CM/ECF system per Federal Rule of Appellate Procedure 25.

Dated: July 14, 2023

/s/ Scott T. Weingaertner
Scott T. Weingaertner
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 459-7067

*Counsel for Plaintiff-Appellant HLFIP Holding, Inc. d/b/a Smart Communications IP Holdings*